AO 257 (USAO REV. 6/99)

PER 18 U.S.C. 3170

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT

**Name of District Court, and/or Judge/Magistrate Location (City)**
UNITED STATES DISTRICT COURT
RENO, NEVADA

**Name and Office of Person Furnishing Information on THIS FORM:** Judy Farmer
☐ U.S. Att'y ☐ Other U.S. Agency

**Name of Asst. U.S. Att'y (if assigned):** CARLA B. HIGGINBOTHAM

**DEFENDANT – U.S. vs.**
NICHOLAS PONH SUON

Address: 3:14-cr-00066-MMD-WGC

Birth Date: 
☒ Male ☐ Female ☐ Alien (if applicable)

Social Security Number:

### PROCEEDING

**Name of Complainant Agency, or Person (& Title, if any):** FBI

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y ☐ Defense

SHOW DOCKET NO.

☐ this is prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate judge regarding this defendant were recorded under

MAG. JUDGE CASE NO.

**Place of offense:** NEVADA
☐ Petty ☐ Minor ☐ Misdemeanor ☒ Felony

### DEFENDANT

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☒ On this charge
5) ☐ On another conviction ☐ Fed'l ☐ State
6) ☐ Awaiting trial on other charges

If answer to (6) is "Yes", show name of institution

Has detainer been filed? ☐ Yes ☐ No — If "Yes" give date filed

DATE OF ARREST
Or... if Arresting Agency & Warrant were not Federal

DATE TRANSFERRED TO U.S. CUSTODY

☐ This report amends AO 257 previously submitted

### OFFENSE CHARGED – U.S.C. CITATION – STATUTORY MAXIMUM PENALTIES – ADDITIONAL INFORMATION OR COMMENTS

TITLE 18, U.S.C., SECTION 2422(b) - ENTICEMENT OF A MINOR TO ENGAGE IN ILLEGAL SEXUAL ACTIVITY - COUNT 1

TITLE 18, U.S.C., SECTION 2423(b) - TRAVEL TO ENGAGE IN ILLICIT SEXUAL CONDUCT - COUNT 2

☑ FILED ☐ RECEIVED
☐ ENTERED ☐ SERVED ON COUNSEL/PARTIES OF RECORD

SEP 17 2014

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY